# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | ) | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF ELEVEN UNITED STATES POSTAL SERVICE PARCELS FURTHER DESCRIBED IN ATTACHMENT A | ) ) ) ) ) ) | Case No.  25- 1099 (M) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Puerto Rico__
*(identify the person or describe the property to be searched and give its location)*:

 See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

 See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     __December 17, 2025__
                                                                                                                          *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
 on duty                                                                          .
                                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for _____ days *(not to exceed 30)*.
                                                                                       ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    December 4, 2025 at 11:28 a.m.        _____     Digitally signed by Hon. Giselle López-Soler
                                                                                                                *Judge's signature*

City and state:    San Juan, PR                                             Hon. Giselle López-Soler , U.S. Magistrate Judge
                                                                                                        *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>25-1099 | Date and time warrant executed:<br>12/05/2025 10:47 am | Copy of warrant and inventory left with:<br>USPIS San Juan Field Office |
| *Inventory made in the presence of :*<br>PI Fabian Arce-Morales and PI Austin O'Neill | | |

*Inventory of the property taken and name of any person(s) seized:*

- 9505 5103 3592 5336 9086 32: 1,010 grams of cocaine.
- 9505 5146 5706 5336 1981 32: 2,060 grams of cocaine.
- 9505 5145 5827 5336 9451 97: 2,045 grams of cocaine.
- 9505 5103 3657 5336 7065 00: 1,040 grams of cocaine.
- 9505 5104 1522 5336 1650 79: 3,055 grams of cocaine.
- 9505 5104 1567 5336 2972 47: 1,030 grams of cocaine.
- 9505 5106 3996 5337 0156 35: 1,025 grams of cocaine.
- 9505 5106 9011 5337 8278 87: 2,095 grams of cocaine.
- 9505 5114 5583 5337 8649 46: 1,020 grams of cocaine.
- 9505 5111 1473 5337 7905 65: 1,035 grams of cocaine.
- 9505 5105 4096 5337 5786 18: 1,545 grams of cocaine

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/05/2025

*Executing officer's signature*

Fabian Arce-Morales U.S. Postal Inspector
*Printed name and title*

ATTACHMENT A

Property to Be Searched

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 1-A | (P) 9505 5103 3592 5336 9086 32 | Ivanna Montañez<br>Calle America 6<br>Patagonia<br>Humacao, PR 00791 | Eli Morales<br>1326 Ontario Ave<br>Niagara Falls, NY 14305 |



1

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1-B | (P) 9505 5146 5706 5336 1981 32 | Ros Vegaz<br>Sect Salistral<br>Calle francisco Garcia #25<br>Ponce, PR 00717 | Mayra Rodriguez<br>169 English St<br>New Haven, CT 06513 |



2

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: <br><br>Name and Address | To: <br><br>Name and Address |
|---|---|---|---|
| 1-C | (P) 9505 5145 5827 5336 9451 97 | Victor Rivera <br> Urb. Extension Elizabeth <br> Calle Cantares #5028 <br> Cabo Rojo P.R. 00623 | Yujeise Rivera <br> 592 American Legion Hwy Apt-11 <br> Roslindale, MA 02131 |



3

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1-D | (P) 9505 5103 3657 5336 7065 00 | Hector Rosario<br>Urb. Villa Rica<br>T20 C13<br>Bayamon, PR 00961 | Samuel Rosario<br>3226 E St<br>Philadelphia, PA 19134 |



4

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 1-E | (P) 9505 5104 1522 5336 1650 79 | Cristian Roman<br>Urb. Vives C11 H #260<br>Guayama, PR 00784 | Fam. Veguilla<br>104 Selkirk St<br>Buffalo, NY 14210<br>United States |



5

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 1-F | (P) 9505 5104 1567 5336 2972 47 | Manny Gonzalez<br>Calle Magnolia 2020<br>Monteflores, SJ, PR 00915 | Sulymar Salgado<br>607 Charles St #11<br>Providence, RI 02904 |



6

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1-G | (P) 9505 5106 3996 5337 0156 35 | Nicoles Perez<br>Calle Manuel Alcade<br>Casa D10 Hatillo | Pedro Colon<br>2104 N Seminole St<br>Kissimmee, FL 34744 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 1-H | (P) 9505 5106 9011 5337 8278 87 | Rodriguez Derts<br>31 Av Gilberto Concepcion<br>Bayamon, PR 00961 | Michelle Torres<br>2294 Gator Dr Apt 374<br>Orlando, FL 32807 |



8

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 1-I | (P) 9505 5114 5583 5337 8649 46 | Andres Reinoso<br>Calle Jobo 123<br>Urb. Monte Casino<br>Toa Alta, PR 00953 | José R. Reinoso<br>1140 Dwight St<br>Springfield 01107 |



9

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1-J | (P) 9505 5111 1473 5337 7905 65 | Ralf Rosario<br>Urb. Las Cumbres 323<br>Calle Loiza, San Juan, PR 00926 | Ketie Delgado<br>66A West Ave<br>Willimantic, CT 06226 |



10

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 1-K | (P) 9505 5105 4096 5337 5786 18 | William Cruz<br>61 Calle Washington<br>San Juan, PR 00907 | Jonathan Matia<br>102 Leighton St #2<br>Fitchburg, MA 01420 |



11

## ATTACHMENT B
### Particular Things to be Seized

1. All records and items in the Subject Parcels described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

   a. controlled substances;

   b. paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, microwave ovens, heat-sealing devices, and diluents;

   c. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

   d. United States Currency; and

   e. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.